```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION

MARTHA ANN COOPER,              }
                                }
     Plaintiff,                 }
                                }     CIVIL ACTION NO.
v.                              }     11-AR-0449-S
                                }
WELLS FARGO BANK, N.A.,         }
                                }
     Defendant.                 }
```

**<u>MEMORANDUM OPINION</u>**

After converting the motion of defendant, Wells Fargo Bank, N.A. ("Wells Fargo") to a motion for summary judgment, the court stayed the consideration of the motion until a ruling upon the Rule 60 motion filed by Martha Ann Cooper ("Cooper") in *Martha Ann Cooper v. Wells Fargo*, CV-08-BE-1170-S. Cooper was plaintiff in both cases, and Wells Fargo was defendant in both cases. Cooper's motion to vacate the judgment in the earlier filed case was denied on January 10, 2012, with an accompanying memorandum opinion, with which this court thoroughly agrees, although this court's agreement with another judge of this court is unnecessary to this opinion, which is based on *res judicata*, a doctrine which forecloses the issues decided in the earlier filed and decided case. This court's tentative order of June 27, 2011, is no longer tentative.

A separate order granting Wells Fargo's motion for summary judgment will be entered.

DONE this 18th day of January, 2012.

                                                      WILLIAM M. ACKER, JR.
                                                      UNITED STATES DISTRICT JUDGE